The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL VARIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant.<br><br>and<br><br>FIRST NATIONAL INSURANCE COMPANY,<br><br>Intervenor. | No. 2:16-cv-01900-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES** |

## **STIPULATION**

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") and Plaintiff Michael Vario ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that, pursuant to Fed.R.Civ.P. 41, that all claims and causes of action asserted by Plaintiff against Allstate in the above-captioned action should be dismissed with prejudice and without attorneys' fees or costs to any party.

STIPULATION & ORDER OF DISMISSAL
(NO. 2:16-cv-01900-RSM) - 1
227244\00200\49845156.v1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

STIPULATED and AGREED this 10th day of July, 2017.

| FOX ROTHSCHILD LLP | BILL COATS LAW, PLLC |
|---|---|
| By */s/ Bryan J. Case* <br> Gavin W. Skok, WSBA #29766 <br> Bryan J. Case, WSBA #41781 | By */s/ Bill Coats* <br> Bill Coats, WSBA #24537 |
| *Attorneys for Allstate Fire and Casualty Company* | *Attorneys for Plaintiff* |

STIPULATION & ORDER OF DISMISSAL
(NO. 2:16-cv-01900-RSM) - 2
227244\00200\49845156.v1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

# ORDER

THIS MATTER having come before the undersigned on the foregoing stipulation of Plaintiff and Allstate, and the Court being fully advised of the same, it is hereby ORDERED THAT all claims and causes of action asserted by Plaintiff against Allstate in the above-captioned action are hereby dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 10 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD LLP

By  /s/ Bryan J. Case
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781

*Attorneys for Allstate Fire and Casualty Company*

BILL COATS LAW, PLLC

By  /s/ Bill Coats
Bill Coats, WSBA #24537

*Attorneys for Plaintiff*

STIPULATION & ORDER OF DISMISSAL
(NO. 2:16-cv-01900-RSM) - 3
227244\00200\49845156.v1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600