UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL VARIO,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY, a foreign insurance company<br><br>                      Defendant. | No. 2:16-cv-01900-RSM<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 27th day of November, 2017.

                      *s/ Morgan E. Smith*
                      John M. Silk, WSBA # 15035
                      Morgan E. Smith, WSBA # 37954
                      Wilson Smith Cochran Dickerson
                      901 Fifth Avenue, Suite 1700
                      Seattle, WA 98164
                      Ph: (206) 623-4100
                      Email: **silk@wscd.com** / **smithm@wscd.com**
                      Attorneys for Defendant

STIPULATION AND AGREED ORDER OF
DISMISSAL (Cause No. 2:16-cv-01900-RSM) – 1
jh/MS1379.542/2720222x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

*s/ William Coats*
William Coats, WSBA # 24537
Coats Law PLLC
114 W. Magnolia St. Ste. 501
Bellingham, WA 98225
Ph: (360) 392-2833
Email: bill@billcoatslaw.com
Attorney for Plaintiff

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 28 day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Morgan E. Smith*
John M. Silk, WSBA # 15035
Morgan E. Smith, WSBA # 37954
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Ph: (206) 623-4100
Email: **silk@wscd.com** / **smithm@wscd.com**
Attorneys for Defendant

Approved as to form; notice of presentation waived:
*s/ William Coats*
William Coats, WSBA # 24537
Coats Law PLLC
114 W. Magnolia St. Ste. 501
Bellingham, WA 98225
Ph: (360) 392-2833
Email: bill@billcoatslaw.com
Attorney for Plaintiff

STIPULATION AND AGREED ORDER OF DISMISSAL (Cause No. 2:16-cv-01900-RSM) – 2
jh/MS1379.542/2720222x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273